R. Joseph Trojan  CA Bar No. 137,067
(trojan@trojanlawoffices.com)
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:   310-777-8348

Attorneys for Plaintiff,
CALICO BRANDS, INC.

Gregg A. Rapoport  CA Bar No. 136,941
(gar@garlaw.us)
Business Legal Partners, Attorneys at Law, Law Corp.
135 W. Green Street, Suite 100
Pasadena, CA 91105
Telephone:  626-356-8080
Facsimile:  626-585-0155

Attorneys for Defendant,
NOVELTY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALICO BRANDS, INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>NOVELTY, INC., an Indiana corporation,<br><br>             Defendant. | CASE NO. CV 10-01964 MMM (AGRx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

-1-

## ORDER

The parties' Stipulated Protective Order filed July 26, 2010 is approved, and counsel for the respective parties are directed to place any documents to be filed under seal with the Clerk of the Court, pursuant to this Order, in an envelope marked in accordance with this Order and to file said documents directly with the Supervisor of the Filing Window.

**IT IS SO ORDERED**.

Date: July 30, 2010    By: _____
                            Hon. Alicia G. Rosenberg
                            U.S. Magistrate Judge