JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALICO BRANDS, INC., | CASE NO. CV 10-01964-MMM(AGRx) |
| Plaintiffs, | |
| vs. | ORDER DISMISSING CIVIL ACTION |
| NOVELTY, INC., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 10, 2011

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE